# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

_Michelle Wilson_

**Defendant**

Citation No(s): 657 3037

Docket No: 18 PO 3670

JUL 10 2018

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

**\* \* \* \* \* \* \* \* \* \* \***

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| MTA 21.1006 B | None | 0 | 0 | 6 |
| | | | | |
| | | | | |

TOTAL DUE: $ 0

_(Section to be completed by court personnel)_

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363**
   **(or you may pay online at www.cvb.uscourts.gov)**
☐ **Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201**

☐ Waive Initial Appearance        ☐ Continue to Obtain License
☐ Continue for Payment            ☐ Continue to Retain Attorney
☐ Set for Trial                   ☐ New Court Date: _____
☒ Dismissed by the Government                at: _____ a. m.

COMMENTS: _____

_____
Defendant's Signature

_____
Attorney for Defendant    N/A

_____
Assistant U.S. Attorney

_____
Date    10 July '18

_Original – Court_        _Yellow – Defendant_        _Pink – AUSA_

Plea Agreement (01/2013) Triple